JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>STARLIGHT HQ, LLC, et al., <br><br>　　　　Defendants. | Case No.: 2:20-cv-03854 VAP (JEMx) <br><br>**FINAL JUDGMENT AGAINST DEFENDANTS STARLIGHT HQ, LLC AND MAURICE A. CURTIS** <br><br>**Judge**: Hon. Virginia A. Phillips |

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "Plaintiffs") are hereby awarded final judgment on their claims for relief for Trademark Infringement & Counterfeiting [15 U.S.C. § 1114], False Designation of Origin/Unfair Competition [15 U.S.C. § 1125(a)], and Unfair Business Practices [Cal. Bus. & Prof. Code § 17200] as set forth in the Complaint for Damages filed against Defendants Starlight HQ, LLC and Maurice A. Curtis (collectively

"Defendants"), jointly and severally, as the prevailing parties in this action under Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") as follows:

I. Pursuant to 15 United States Code ("U.S.C.") § 1117, Plaintiffs are hereby awarded final judgment on their claims for relief against Defendants, jointly and severally, in the sum of $29,070.51, plus prejudgment interest.

II. Plaintiffs are further awarded reasonable attorneys' fees in the amount of $2,344.23.

III. Furthermore, Defendants are permanently enjoined and restrained pursuant to 15 U.S.C. § 1116(a) from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

1) copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiffs' BMW® and BMW M® trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiffs' BMW and BMW M trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

IV. Furthermore, Defendants are ordered to deliver immediately to Plaintiffs for destruction all automobile floormats bearing counterfeit BMW and BMW M marks and any materials relating thereto that remain in their possession or under their control bearing any of Plaintiffs' intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendants' possession. Defendants are

ordered to deliver such goods within 60 days of this judgment. Failure to comply may result in sanctions.

IT IS SO ORDERED, ADJUDICATED and DECREED this 12th day of November, 2020.

_____
HON. VIRGINIA A. PHILLIPS
United States District Judge
Central District of California

- 3 -
FINAL JUDGMENT